Pg. 1

PROVIDED TO
SANTA ROSA C.I. ON
APR 2 6 2015
T. U.
FOR MAILING

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA   **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

TORIC LAVERN YEARBY               ,

Inmate # 693658               .
(Enter full name of Plaintiff)

AMENDED COMPLAINT

vs.

CASE NO: 3:15cv106-MCR-CJK
(To be assigned by Clerk)

(1) WARDEN RICHARD COMERFORD / FORMER,
(2) SERGEANT ROGERS               .
(3) OFFICER SINTERFIT               ,
(4) HSA, DANA MCGOWAN / CORIZON       ,
(5) MD, S. SCHWARTZ / CORIZON         ,
(6) NP, M. NICHOLS / CORIZON          ,
(7) NURSE DERRICK / CORIZON           ,

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.    PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    TORIC LAVERN YEARBY

Inmate Number      #693658

Prison or Jail:      SANTA ROSA C.I.

Mailing address:     5850 E. MILTON ROAD

                      MILTON , FLORIDA

                      32583-7914

## II.    DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>**every**</u> Defendant:

(1)  Defendant's name:   RICHARD COMERFORD

      Official position:     WARDEN / FORMER

      Employed at:       SANTA ROSA C.I.

      Mailing address:    5850 E. MILTON ROAD

                           MILTON , FLORIDA 32583

(4) DANA McGOWAN

    (HSA) HEALTH SERVICES ADMINISTRATOR

    SANTA ROSA C.I.

    5850 E. MILTON ROAD

    MILTON , FLORIDA 32583

(2)  Defendant's name:   P ROGERS

      Official position:     SERGEANT

      Employed at:       SANTA ROSA C.I.

      Mailing address:    5850 E. MILTON ROAD

                           MILTON , FLORIDA 32583

(5) S. SCHWARTZ

    MEDICAL DIRECTOR

    SANTA ROSA C.I.

    5850 E. MILTON ROAD

    MILTON , FLORIDA 32583

(3)  Defendant's name:   P SINTERFIT

      Official position:     OFFICER

      Employed at:       SANTA ROSA C.I.

      Mailing address:    5850 E. MILTON ROAD

                           MILTON , FLORIDA 32583

(6) M. NICHOLS

    NURSE PRACTITIONER

    SANTA ROSA C.I.

    5850 E. MILTON ROAD

    MILTON , FLORIDA 32583

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

PG. 2-A, DEFENDANTS CONTINUE ;

(7) P. DERRICK

NURSE

SANTA ROSA C.I.

5850 E. MILTON ROAD

MILTON, FLORIDA 32583

PG.4

## III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.    PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(  )                          No(✓)

1.    Parties to previous action:
(a)    Plaintiff(s): _____
(b)    Defendant(s): _____

2.    Name of judge: _____    Case #: _____

3.    County and judicial circuit: _____

4.    Approximate filing date: _____

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

7.    Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)                          No(  )

1.    Parties to previous action:
a.    Plaintiff(s): TORIC LAVERN YEARBY _____
b.    Defendant(s): CORRECTIONS OFFICER KEVIN HALL _____

2.    District and judicial division: NORTHERN DISTRICT, PENSACOLA _____

3.    Name of judge: CHARLES J. KAHN JR.    Case #: 3:11-CV-306-RV/CJK

4.    Approximate filing date: 7/27/11 _____

5.    If not still pending, date of dismissal: 11/25/13 _____

6.    Reason for dismissal: JOINT MOTION FOR DISMISSAL WITH PREJUDICE/SETTLEMENT

7.   Facts and claims of case: <u>RETALIATION FOR EXERCISE OF 1st AMEND. RIGHTS TO</u> <u>FREE SPEECH & TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES</u>

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )                    No(  )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): <u>TORIC LAVERN YEARBY</u>
     b.   Defendant(s): <u>HEITH BOX, ET, AL</u>
2.   District and judicial division: <u>MIDDLE DIST. OF FL / JACKSONVILLE</u>
3.   Name of judge: <u>JAMES R. KLINDT</u>    Case #: <u>3;14-CV-534-J-39JRK</u>
4.   Approximate filing date: <u>5/8/14</u>
5.   If not still pending, date of dismissal: <u>STILL PENDING</u>
6.   Reason for dismissal: _____
7.   Facts and claims of case: <u>EXCESSIVE FORCE & SUBSTANTIAL INJURIES ; 8TH</u> <u>AMEND. CLAIMS OF DELIBERATE INDIFFERENCE, FAILURE TO INTERVENE & INADEQUATE MEDICAL.</u>

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(  )                    No( ✓ )

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____  Case Docket # _____
4.   Approximate filing date: _____  Dismissal date: _____
5.   Reason for dismissal: _____

4

6.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1)   DURING THE MONTH OF OCTOBER 2014, I NOTICED A STRANGE REDDISH SCALY RASH ON THE INNERSIDE OF MY RIGHT FOOT. ON 10/13/14, I SUBMITTED A SICK CALL REQUEST & ON THE 14TH I WAS EVALUATED BY NURSE DONAHOO WHERE I LEARNED I HAD A SKIN DISEASE CALLED PSORIASIS. FOR TREATMENT I WAS ISSUED TOLNAFTATE ANTI-FUNGAL CREAM 1%, TOLNAFTATE ANTI-FUNGAL POWDER 1%, & HYDROCORTISONE CREAM 1%.

(2)   DURING THE MONTH OF NOVEMBER I NOTICED & CLOSELY OBSERVED SEVERAL INMATES WITH BUMPS, LESIONS, BLISTERS, & REDDISH SCALY RASHES ALL OVER THEIR BODIES BEING ESCORTED TO & FRO FROM THE SHOWERS. I THEN BECAME EXTREMELY ATTENTIVE TO THE FACT THAT THOSE INMATES' CLOTHING & BED LINENS WERE DELIBERATELY & CARELESSLY BEING LAUNDERED WITH THE ENTIRE UNIT'S LAUNDRY RATHER THAN SEPARATELY.

(3)   IMMEDIATELY THEREAFTER I NOTICED THE EXACT SAME BUMPS & LESIONS TO FORM ON MY HANDS, ARMS, BACK, & STOMACH & I BEGAN TO SUFFER SEVERE ITCHING.

(4)   ON 11/16/14, I SUBMITTED A SICK CALL REQUEST & ON THE 19TH I WAS EVALUATED BY NURSE DERRICK WHEREIN I WAS DIAGNOSED WITH A SKIN DISEASE "SUPPOSEDLY" CALLED SEBORRHEIC DERMATITIS. DURING THE EXAMINATION I WAS INFORMED BY NURSE DERRICK THAT 90% OF INMATES ON CM-CLOSE MANAGEMENT - HERE AT SANTA ROSA C.I. HAVE CONTRACTED THIS SAME SKIN DISEASE & WERE PRESENTLY UNDERGOING LONG TERM TREATMENT. NURSE DERRICK ALSO INFORMED ME THAT INMATES WERE CONTRACTING THE SKIN DISEASE FROM THE UNSANITARY CONDITIONS OF LIVING AREAS (CELLS), SHOWERS, & ESPECIALLY THE CLOTHING & BEDDING SUPPLIES PROVIDED TO INMATES ON CM. AS TREATMENT I WAS ISSUED TOLNAFTATE ANTI-FUNGAL CREAM 1%, HYDROCORTISONE CREAM 1%. & PRESCRIBED A 4 MONTH PRESCRIPTION OF TERA GEL TAR SHAMPOO 0.5% ALLEGEDLY TO CONTROL THE SYMPTOMS OF BOTH PSORIASIS & SEBORRHEIC DERMATITIS.

(5)   HOWEVER, MY CONDITION WORSENED. THE BUMPS & LESIONS SPREADED RAPIDLY TO MY LEGS, THIGHS, PUBIC AREA, & BUTTOCKS, & A RASH FORMED ON THE BACK OF MY RIGHT CALF. THE ITCHING INTENSIFIED, CAUSING ME TO SCRATCH UNTIL I WOULD BLEED.

(6)   I BEGAN TO NOTICE THAT FOLLOWING THE APPLICATION OF THE PRESCRIBED MEDICINES THE BUMPS WOULD BECOME INFLAMED & BLISTER SO BADLY THAT THE SKIN WOULD BECOME EXTREMELY TENDER & THE SLIGHTEST SCRATCH OR RUB WOULD REMOVE THE SKIN FROM THE BUMPS, EXPOSING THE FLESH & A SMALL HOLE THAT BLEEDS PROFUSELY. WHAT WAS PREVIOUSLY A BUMP WOULD TURN INTO A PAINFUL SORE & THE ITCHING INTENSIFIED TO ALMOST AN UNBEARABLE LEVEL. THIS PROCESS IS RE-OCCURRING.

(7) ON 12/28/14, I RESUBMITTED A SICK CALL REQUEST TO BE RE-EVALUATED REGARDING THE "SUPPOSED" DIAGNOSIS OF SEBORRHEIC DERMATITIS.
ON THE 29TH I WAS AGAIN EXAMINED BY NURSE DERRICK WHEREIN I EXPLAINED & VISUALLY DEMONSTRATED THAT MY CONDITION HAD WORSENED, POINTING OUT NEW SYMPTOMS & DECLARING PRESCRIBED MEDICINES INEFFECTIVE. I REQUESTED A DIFFERENT & STRONGER MEDICATION FOR THE SEVERE ITCHING & THE NEW SYMPTOMS OF BLISTERS & RASHES & BURNING. I ALSO REQUESTED TO BE REFERRED TO A DOCTOR OR NURSE PRACTITIONER.
HOWEVER, NURSE DERRICK DELIBERATELY IGNORED MY APPARENT WORSE CONDITION, DISREGARDED MY COMPLAINTS & REQUEST TO BE EXAMINED BY A DOCTOR & RE'ISSUED THE SAME INEFFECTIVE MEDICINES - ANTI-FUNGAL CREAM 1%, HYDROCORTISONE CREAM 1% & ORDERED ME TO CONTINUE THE APPLICATION OF THE TERA GEL TAR SHAMPOO 0.5% IN TOTAL DISREGARD TO THE PRODUCTS INSTRUCTIONS TO DISCONTINUE USE AFTER A CERTAIN PERIOD OF TIME OR CONDITION ~~WORSED~~ WORSENED. NURSE DERRICK WAS DELIBERATELY INDIFFERENT TO MY HEALTH & SAFETY WHERE SHE IGNORED SYMPTOMS WARRANTING THE ATTENTION OF A DOCTOR, BUT DELIBERATELY REFUSED TO MAKE THE REFERRAL & WHERE SHE RE'ISSUED MEDICATION DECLARED TO BE INEFFECTIVE & PATIENT HAD EXHAUSTED TIME OF USAGE PRESCRIBED BY THE PRODUCT WITHOUT ANY SIGNS OF IMPROVEMENT, DELIBERATELY EXPOSING ME TO A SUBSTANTIAL RISK OF ADVERSE MEDICATION REACTION. THIS CONDUCT IS PROHIBITED BY THE 8TH AMENDMENT GOVERNING CRUEL & UNUSUAL PUNISHMENT & INADEQUATE MEDICAL CARE.

(8) I ALSO REQUESTED A RE'ISSUANCE OF THE ANTI-FUNGAL POWDER 1% FOR THE "SUPPOSED" DIAGNOSIS OF PSORIASIS ON MY RIGHT FOOT SINCE IT WAS PREVIOUSLY ISSUED IN OCTOBER BY NURSE DONAHOO & APPEARED TO CAUSE IMPROVEMENT.
HOWEVER, NURSE DERRICK DELIBERATELY & ARBITRARILY REFUSED ME THE MEDICATION BASED ON NON-MEDICAL FACTORS WHERE SHE BIASLY STATED, (I QUOTE) " I DON'T ISSUE OUT ANTI-FUNGAL POWDER TO NO INMATES BECAUSE IT CAN BE USED TO SPRAY IN AN OFFICER'S FACE TO CLOUD HIS VISION. I DON'T CARE IF IT WORKS. I DON'T GIVE IT TO NO INMATES." (END OF QUOTE)
I INQUIRED & INVESTIGATED FURTHER INTO THIS ISOLATED INCIDENT TO DETERMINE WHETHER OR NOT THE ISSUANCE OF ANTI-FUNGAL POWDER TO INMATES WERE PROHIBITED & LEARNED THAT IT IS NOT PROHIBITED. I THEN CONCLUDED THAT NURSE DERRICK'S DENIAL OF THAT PARTICULAR MEDICATION WAS IN FACT STRICTLY & PURPOSEFULLY ARBITRARY, BIAS, MELLCIOUS & DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS WHERE DENIAL OF MEDICAL TREATMENT FOR A DIAGNOSED CONDITION CONSTITUTE CRUEL & UNUSUAL PUNISHMENT, & INADEQUATE MEDICAL CARE, PROHIBITED BY THE 8TH & 14TH AMENDMENTS.

(9) I CONTINUED ABOVE COURSE OF TREATMENT, THOUGH RELUCTANTLY, THROUGH THE WHOLE MONTH OF JANUARY WITH THE SKIN DISEASE BECOMING MORE PROMINENT ON MY BODY BY THE DAY AS THE BUMPS CONTINUED TO SPREAD, & THE BLISTERS & RASH CAUSED THE ITCHING TO INTENSIFY. MY CONDITION REMAINED PROMINENT WITHOUT THE SLIGHTEST INDICATION OF HEALING.

(10) I AGAIN SOUGHT MEDICAL ATTENTION THROUGH SICK CALL ON JANUARY 27TH, 2015. ON THE 28TH I WAS THOROUGHLY EXAMINED BY NURSE MOORE WHEREIN I EXPRESSED & SUFFICIENTLY DEMONSTRATED A WORSE CONDITION.
NURSE MOORE CONFIRMED & AFFIRMED THE SERIOUSNESS OF MY CONDITION & DOCUMENTED HER ASSESSMENT IN MY MEDICAL FILE. ADDITIONALLY, NURSE MOORE FIRMLY EXPRESSED HER DISAGREEMENT OF THE "SUPPOSED" DIAGNOSIS OF MY CONDITION (SEBORRHEIC DERMATITIS) WHEN SHE STATED, (I QUOTE) " I DON'T THINK THIS IS DERMATITIS. THIS MAY BE A VARIANT OF DERMATITIS, BUT I DON'T THINK SO! YOU GOT SOMETHING ELSE GOING ON HERE. SOMETHING MORE SERIOUS. I'M REFERRING YOU TO A DOCTOR." (END OF QUOTE) NURSE MOORE DOCUMENTED THE MEDICATIONS PREVIOUSLY PRESCRIBED INEFFECTIVE, BUT STILL RE'ISSUED MEDICATIONS THAT I HAD EXHAUSTED WITHOUT IMPROVEMENT. I WAS ALSO ISSUED (5) SMALL PACKS OF BACITRACIN ANTIBIOTIC OINTMENT, ANTI-FUNGAL POWDER 1% & HYDROCORTISONE CREAM 1%.
NOTE: THE TOLNAFTATE ANTI-FUNGAL POWDER 1% WAS ISSUED FOR THE PSORIASIS BY NURSES DONAHOO & MOORE, BUT NURSE DERRICK DENIED ME THE MEDICATION BASED ON NON-MEDICAL FACTORS.

(11) DURING THE COURSE OF ABOVE EVENTS & INCIDENTS I ENCOUNTERED SEVERAL INMATES WHO WERE & ARE SUFFERING FROM THE SAME OR A RELATED SKIN

DISEASE RESULTING FROM UNSANITARY CONDITIONS OF CONFINEMENT & ARE BEING SUBJECTED TO THE SAME INADEQUATE MEDICAL TREATMENT. AFFIDAVITS HAVE BEEN OBTAINED FROM THESE INMATES & ATTACHED TO THIS COMPLAINT.

(12) NOTE: DURING THE TIME THAT I CONTRACTED THE SKIN DISEASE I WAS HOUSED ALONE DUE TO MY CM #1 STATUS. THIS MEANS THAT I HAD NO PHYSICAL CONTACT WITH OTHER PRISONERS WHEREBY INDIVIDUAL GERMS & INFECTIOUS DISEASES MAY BE PASSED ONE TO ANOTHER. THE ONLY IMMEDIATE CHANNEL THROUGH WHICH BACTERIA THAT CAUSES SKIN DISEASES MAY BE PASSED IS THE SHOWERS & LAUNDRY. IN THIS CASE, I SHARED THE SAME SHOWERS & LAUNDERING SYSTEM WITH THOSE INMATES DIAGNOSED WITH THE SKIN DISEASE PRIOR TO ME & THEREFORE DUE TO APPARENT UNSANITARY SHOWERS AND/OR CONTAMINATED CLOTHING & BEDDING SUPPLIES; COUPLED WITH APPARENT INADE- QUATE MEDICAL CARE OF THOSE DIAGNOSED WITH THE SKIN DISEASE(S), I TOO HAVE BEEN EXPOSED TO UNSANITARY CONDITIONS & INFECTIOUS DISEASE(S), ULTIMATELY CONTRACTING A SKIN DISEASE.

(13) ON 12/4/14, I FILED AN INFORMAL GRIEVANCE TO THE LAUNDRY DEPARTMENT, OPERATED BY SERGEANT ROGERS & OFFICER SINTERFIT, REGARDING THE UNSANI- TARY CONDITIONS OF CLOTHING & BEDDING SUPPLIES DUE TO IMPROPER WASHING METHODS THAT HAS RESULTED IN NUMEROUS PRISONERS CONTRACTING SKIN DISEA- SES. IN THE GRIEVANCE I CONTENDED THAT DO TO THE LAUNDRY DEPARTMENT'S FAILURE TO SEPARATE CONTAMINATED CLOTHING FROM THE GENERAL CM POPULATION & FURTHER FAILURE TO APPLY SUFFICIENT DETERGENTS IS CAUSING BACTERIA TO LIVE AMONG THE CLOTHS, ETC, ETC. & SPREAD TO THE INMATES. IN RESPONSE, OFFICER SINTERFIT ALLEGES THAT MEDICAL HAS NOT NOTIFIED THEM (THE LAUNDRY DEPT.) OF ANY SPREAD OF DISEASES CAUSED BY POOR SANITATION OF LINENS & THAT ALL LAUNDRY IS WASHED IN COMPLIANCE WITH PROCEDURAL REQUIRE- MENTS.

(14) THE LAUNDRY DEPT.'S SUPERVISOR, SERGEANT ROGERS, & OFFICER SINTERFIT, DESPITE THIS INFORMATION & NATURE OF MY ALLEGATIONS, MADE NO ATTEMPT TO CONFIRM OR PROVE THE INFORMATION AS TRUE OR FALSE BY CONSULTING WITH THE MEDICAL DEPT. REGARDING THE EXISTENCE OF THE SKIN DISEASE(S) & OBTAINING THEIR MEDICAL JUDGMENT AS TO WHERE & OR HOW THE SKIN DISEASES WERE BEING SPREADED INMATE TO INMATE. AS A DIRECT RESULT OF THE OMISSIONS OF SER- GEANT ROGERS & OFFICER SINTERFIT, I WAS & PRESENTLY REMAIN EXPOSED TO THE SAME UNSANITARY CONDITIONS OF LAUNDRY WHERE THE SAME UNSANITARY WASH- ING METHODS IS CURRENTLY BEING USED TO WASH APPARENT CONTAMINATED CLOTHING, ETC, ETC, CO.. I AM MEDICALLY DIAGNOSED WITH A SKIN DISEASE & MY CLOTHING, ETC, ETC.. ARE LAUNDERED WITH THE GENERAL CM POPULATION & IT IS INEVITABLE THAT MORE PRISONERS WILL EVENTUALLY CONTRACT THE SAME SKIN DISEASE. ROGERS & SINTERFIT ARE DELIBERATELY INDIFFERENT TO MY IMMEDIATE HEALTH & SAFETY BY CONTINUING TO OPERATE UNDER A DEFICIENT SANITARY SYSTEM THAT FURTHER EXPOSES ME TO UNSANITARY CONDITIONS & CREATES A SUBSTANTIAL RISK OF CONTRACTING A MORE HARMFUL SKIN DISEASE, LIKE SCABIES. FURTHERMORE, ROGERS HAS FAILED IN HIS DUTIES AS SUPERVISOR WHERE HE HAS FAILED TO INSURE THAT PROPER LAUNDERING PROCEDURES ARE FOLLOWED OR HAS PERMITTED THOSE PROPER PROCEDURES TO BE ALTERED, RESULTING IN THE UNSANITARY CONDITIONS & DISEASE OUTBREAK, ALL PROHIBITED BY THE 8TH & 14TH AMENDMENTS.

(15) ON 12/7/14, I ALSO FILED AN INFORMAL GRIEVANCE REGARDING THE UNSAN- ITARY CONDITIONS OF THE UNIT SHOWERS, ALLEGING THAT THEY ARE NOT CLEANED AFTER EVERY USAGE; THAT THEY'RE INFESTED WITH TRASH, INSECTS, PUBIC HAIRS, SPERM, OCCASIONAL FECES & MOLD ON THE WALLS. SECURITY PERSONNEL DELIBERATELY REFUSED TO REFUTE MY ALLEGATIONS AS THE GRIEVANCE WAS PURPOSEFULLY NEVER RETURNED. HOWEVER, I APPEALED THIS PARTICULAR ISSUE TO WARDEN COMERFORD & WAS DENIED FURTHER REVIEW & APPROPRIATE ACTION BASED ON ALLEGED PROCEDURAL VIOLATIONS IN THE GRIEVANCE PROCESS WHERE I SUPPOSEDLY ERRED IN FAILING TO ATTACH A COPY OF THE INFORMAL GRIE- VANCE. I FURTHER APPEALED TO THE SECRETARY, FLA. DEPT. OF CORR., BUT WAS DENIED REVIEW BASED ON AFOREMENTIONED VIOLATIONS. AFFIRMATIVELY ASSERT THAT I WILL DEMONSTRATE THAT I FILED THE GRIEVANCES IN DIRECT COMPLIANCE WITH DEPT. RULES (33-103, GRIEVANCE PROCEDURES) BUT FOR ARBITRARY REASONS, WARDEN COMERFORD DELIBER- ATELY & PURPOSEFULLY REFUSED TO ABIDE BY THE DEPARTMENT'S OWN RULES. THE WARDEN'S FAILURE TO ABIDE BY DEPT.'S OWN RULES HAS MADE THE GRIE- VANCE PROCESS UNAVAILABLE & THE PLRA ONLY REQUIRE THAT I EXHAUST THOSE REMEDIES THAT ARE AVAILABLE.

(16) I FURTHER NOTIFIED WARDEN COMERFORD THROUGH THE GRIEVANCE PROCESS & A LETTER FROM THE GOVERNOR'S OFFICE OF THE UNSANITARY CONDITIONS OF CLOTHING, BEDDING SUPPLIES, ETC. ETC., & THE SKIN DISEASES I & SEVERAL

FOR EDUCATIONAL USE ONLY

OTHER PRISONERS HAVE CONTRACTED AS A RESULT OF THE UNSANITARY CONDITION OF LAUNDRY & SHOWERS, ONLY TO HAVE WARDEN COMERFORD ADOPT HIS STAFFS UNCONSTITUTIONAL PRACTICES REGARDING THE APPLICATION OF SANITARY PROCE- DURES. COMERFORD HAS FAILED IN THE ADMINISTRATION OF HIS SUPERVISORY DUTIES OF ENSURING THAT HIS STAFF ABIDE BY THE STRICT SANITATION PROCEDURES SET FORTH IN THE STATE & FEDERAL CONSTITUTION & OTHER APPLICABLE STATE LAWS, & AS A RESULT OF THIS FAILURE I HAVE CONTRACTED A SKIN DISEASE. FURTHERMORE, COMERFORD'S OMISSIONS CONSTITUTE DELIBERATE INDIFFERENCE WHERE, AFTER BEING INFORMED OF THE UNSANITARY CONDITIONS OF LAUNDRY, ETC. ETC., HE HAS MADE NO ATTEMPT TO RECTIFY THE SITUATION, AS THE SAME DEFICIENT LAUNDRY OPERATION IS PRESENTLY IN EFFECT, THE SHOWERS ARE STILL NOT BEING PROPERLY MAINTAINED, & PRISONERS ARE STILL BEING DENIED SUFFI- CIENT CLEANING SUPPLIES TO ADEQUATELY CLEAN THEIR CELLS. WARDEN COMERFORD, DESPITE BEING AWARE OF THE SKIN DISEASE OUTBREAK, IS ALLOWING THE SAME UNSANITARY CONDITIONS THROUGH WHICH I CONTRACTED THE DISEASE TO PERSIST, FURTHER EXPOSING ME TO A SUBSTANTIAL RISK OF SERIOUS HARM, & THIS CONSTITUTES DELIBERATE INDIFFERENCE, PROHIBITED BY THE 8TH & 14TH AMENDMENTS.

(19) DURING THE COURSE OF EVENTS I CONTINUED TO SUFFER FROM THE SKIN DISEASE & CONSEQUENTLY I FILED TWO SEPARATE MEDICAL GRIEVANCES TO THE HEALTH SERVICES ADMINISTRATOR (H.S.A) DANA MCGOWAN, WHEREIN I CONTENDED THAT I WAS BEING DENIED ADEQUATE MEDICAL TREATMENT FOR A DIAGNOSED SKIN DISEASE PARTICULARLY BY NURSE DERRICK & NURSE PRACTITIONER M. NICHOLS, ALLEGING THAT NURSE DERRICK HAD DENIED ME TREATMENT BASED ON NON-MED- ICAL FACTORS, & A REFERRAL TO A DOCTOR, & THAT NP M. NICHOLS HAD BEEN ERRONEOUSLY RELYING ON THE OBSERVANCE OF UNQUALIFIED NURSES REGARD- ING A SKIN DISEASE TO REACH AN ACCURATE DIAGNOSIS WITHOUT EVER EXAMINING ME HERSELF, & CAUSING HER TO PRESCRIBE WEAK ROUTINE MEDICATION THAT IS INEFFECTIVE. I FURTHER CONTENDED THAT MEDICAL STAFF WERE DELIBERATELY DISREGARDING MEDICATION INSTRUCTIONS REGARDING HOW LONG TO USE IT, RESULTING IN ME SUFFERING ADVERSE EFFECTS OF THE MEDICATION, BUT STILL PERSISTING THAT I CONTINUE USAGE & DENYING EVALUATION BY A DOCTOR.

(18) ON 7/4/15, THE FIRST MEDICAL GRIEVANCE WAS FILED & ON 7/15/15 M.D. S. SCHWARTZ RESPONDED IN WHICH HE/SHE APPROVED THE UNCONSTITUTIONAL MEDICAL TREATMENT I AM RECEIVING, M.D. SCHWARTZ WAS PERSONALLY AWARE OF THE DISEASE OUTBREAK THROUGH OTHER ONGOING MEDICAL CASES & GRIEVANCES BY OTHER PRISONERS, BUT STILL REFUSE TO TAKE APPROPRIATE ACTION TO RECTIFY THIS PARTICULAR MATTER. SCHWARTZ IS BEING DELIBERATELY INDIFFERENT TO THE SUBSTANTIAL RISK OF ME SUFFERING GREATER HARM BY FAILING TO ENSURE THAT I RECEIVE PROPER & EFFECTIVE TREATMENT FOR A DIAGNOSED CONDITION & TO SUPERVISE HIS STAFF IN THE PROCEDURES OF DEALING WITH A SKIN DISEASE OUT- BREAK. BECAUSE OF SCHWARTZ OMISSIONS & DELIBERATE INDIFFERENCE, I AM BEING DENIED ADEQUATE MEDICAL TREATMENT FOR A DIAGNOSED SKIN DISEASE, PROHIBITED BY THE 8TH & 14TH AMENDMENTS.

(19) I FILED THE SECOND MEDICAL GRIEVANCE ON 7/6/15 & ON 7/12/15 THE HEALTH SERVICE ADMINISTRATOR, DANA MCGOWAN, RESPONDED. HE CLAIMS THE TREATMENT I RECEIVED WAS APPROPRIATE DESPITE MY COMPLAINTS. MCGOWAN HAS MADE NO ATTEMPT TO RECTIFY THE INSTANT MATTER ALTHOUGH HE HAS BEEN MADE FULLY AWARE OF THE SERIOUS SITUATION THROUGH THE GOVERNOR'S OFFICE, THE WARDEN (COMERFORD) & THROUGH NUMEROUS GRIEVANCES FILED BY INMATES INFECTED WITH THE SKIN DISEASE. MCBOWEN IS PERMITTING HIS STAFF TO PERSIST IN A COURSE OF TREATMENT KNOWN TO BE INEFFECTIVE & CONSCIOUSLY ALLOWING PRISONERS TO BE EXPOSED TO THE SUBSTANTIAL RISK OF CONTRACTING AN APPARENT CONTAGIOUS SKIN DISEASE. DUE TO MCGOWAN'S UN- WILLINGNESS TO PROPERLY SUPERVISE HIS STAFF IN THE ADMINISTRATION OF AD- EQUATE MEDICAL TREATMENT TO ADDRESS A SKIN DISEASE OUTBREAK, I HAVE SUFFERED AN IRREPARABLE HARM TO MY SKIN & MY CONSTITUTIONAL RIGHTS GOVERNED BY THE 8TH & 14TH AMENDMENTS. FURTHERMORE, ON 7/18/15, I SUBMITTED A REQUEST TO MCGOWAN WHEREIN I EXPLAINED THE WORSENED STATE OF THE SKIN DISEASE & THE INEFFECTIVE- NESS OF PRESCRIBED MEDICINES COUPLED WITH ADVERSE MEDICATION RE- ACTION. I ALSO REQUESTED TO BE REFERRED TO A DERMATOLOGIST TO FULLY ADDRESS THE DIAGNOSED SKIN DISEASE THAT THE MEDICAL PERSONNEL HAVE FAILED TO EFFECTIVELY TREAT. SOMEONE OTHER THAN MCGOWAN RESPONDED, INSTRUCTING ME TO RETURN TO SICK CALL FOR THE SAME ROUTINE. INEFFECTIVE TREATMENT.

(20) IN REFERENCE TO PARAGRAPH (10): NURSE MOORE RECOMMENDED THAT I BE EVALUATED BY NP NICHOLS REGARDING MY SKIN CONDITION, BUT ABOUT A WHOLE MONTH ELAPSED WITHOUT ME BEING EXAMINED BY NICHOLS OR ANYONE ELSE. I, CONTINUED TO SUFFER THE SYMPTOMS OF THE SKIN DISEASE. MY CONDITION

FOR EDUCATIONAL USE ONLY

Pg. 10

BEGAN TO AFFECT MY MENTAL & EMOTIONAL CAPACITY WHERE THE INTENSE ITCHING WOULD AGITATE ME & NOT KNOWING FOR SURE WHAT THE DISEASE IS & OBSERVING THE DISEASE SPREAD ALL OVER MY BODY AT A RAPID PACE CAUSED MY DEPRESSION LEVEL TO INCREASE.

(21) FOLLOWING A FEW SESSIONS WITH MY MENTAL HEALTH COUNSELOR MRS. THOMPSON, A REFERRAL WAS MADE ON MY BEHALF BY THE MENTAL HEALTH DEPT. FOR ME TO BE EVALUATED BY NP M. NICHOLS.

(22) ON OR ABOUT 2/23/15, I WAS EXAMINED BY NP NICHOLS REGARDING THE SKIN DISEASE. DURING THE EXAMINATION I WAS SUBJECTED TO UNWARRANTED HOSTILITY BY NICHOLS & ULTIMATELY DENIED MEDICAL TREATMENT. NICHOLS GREETED ME WITH THE FOLLOWING STATEMENT, (I QUOTE) "SO YOU DON'T LIKE THE TREATMENT YOU'RE RECEIVING, SO YOU WRITE GRIEVANCES!" SHOW ME THESE DAMN BUMPS & RASHES." (END of QUOTE) DURING THE DISCLOSURE OF THE SKIN CONDITION, I EXPLAINED THAT THE BUMPS FLARE-UP & BLISTER & THAT THE ITCHING WAS SO INTENSE THAT I OFTEN SCRATCHED UNTIL I BLED PROFUSELY.

(23) AFTER THE DEMONSTRATION, NP NICHOLS STATED WITH OPEN MALICE & DELIB-ERATE INDIFFERENCE TO MY PRESENT CONDITION. (I QUOTE) "WELL, I DON'T SEE ANY DAMN BLISTERS NOW. KEEP TAKING THE ANTIBIOTIC, IT WILL WORK! (END of QUOTE) THE EVALUATION WAS CONCLUDED WITHOUT ANY FURTHER TREAT-MENT. I WAS DENIED ANY TYPE OF MEDICATION AS TEMPORARY RELIEF FOR THE SEVERE ITCHING, INFLAMMATION, & BLISTERS.

(24) NOTE: THE ANTIBIOTIC I WAS PRESCRIBED IS CALLED DOXYCYCLINE. IT WAS ISSUED FOR 30 DAYS & NICHOLS WAS CLEARLY AWARE THAT THE PRESCRIPTION WAS ABOUT TO EXPIRE & SHE HAD NO INTENTION OF EXTENDING THE ORDER. FURTHERMORE, AT THE END OF THE 30 DAY PERIOD, THE ANTIBIOTIC FAILED TO CAUSE ANY IMPROVEMENT IN MY CONDITION.

(25) ON 2/23/15, I FILED A GRIEVANCE REGARDING THIS MATTER & AGAIN M.D. S. SCHWARTZ AFFIRMED THE INADEQUATE MEDICAL TREATMENT OF HIS/HER STAFF, FURTHER FAILING TO PERFORM SUPERVISORY DUTIES & BEING DELIBERATELY IN-DIFFERENT TO MY CONDITION & MEDICAL NEEDS.

(26) I CONTINUED TO SUFFER THE SYMPTOMS OF THE SKIN DISEASE WITHOUT ANY ADEQUATE MEDICINE TO SOOTHE THE ITCHING, BURNING, & OCCASIONAL PAIN FROM THE INFLAMMATION & BLISTERS. MY CONDITION CONTINUED TO WORSEN. WHAT STARTED OUT AS A FEW BUMPS RAPIDLY INCREASED TO 81 BUMPS & A RASH THAT ARE PROMINENT & ARE SHOWING NO INDICATION OF HEALING DESPITE ALL THE MEDICATION I HAVE USED CONSISTENTLY & PERSISTANTLY.

(27) CONSEQUENTLY, I AGAIN SUBMITTED A SICK CALL REQUEST ON 3/9/15 & WAS EXAMINED BY NURSE MOORE. DURING THE EXAMINATION NURSE MOORE AGAINED EXPRESSED HER DISAGREEMENT OF THE DIAGNOSIS OF SEBORRHEIC DERMATITIS SUGGESTING FOLLICULITIS. HOWEVER, MOORE FURTHER STATED THAT MY CONDITION TAKES A LONG TIME TO CURE & RECOMMENDED A RENEWED PRESCRIPTION OF THE TERA GEL TAR SHAMPOO DESPITE ITS APPARENT INEFFECTIVENESS. IN ADDITION, SHE RECOMMENDED SOME TYPE OF OINTMENT THAT HAD TO BE APPROVED BY NP NICHOLS.

NOTE: DURING THE ASSESSMENT OF MY CONDITION NURSE MOORE REVEAL A CON-SPIRACY BEING CONDUCTED BY MEDICAL PERSONNEL REGARDING MY CONDITION & THE DISEASE OUTBREAK IN GENERAL. NURSE MOORE STATED, (I QUOTE) "YOU'RE SHOWING IMPROVEMENT IN YOUR CONDITION BUT IT TAKES TIME. I MEAN IT MAY TAKE A YEAR OR MORE. IF YOU DON'T LIKE THE TREATMENT, DON'T COME TO PRISON." (END of QUOTE)

THE EXAMINATION WAS CONCLUDED & AS IMMEDIATE TREATMENT I WAS ISSUED HYDROCORTISONE CREAM 1%, BACITRACIN OINTMENT & ANOTHER REFERRAL TO BE REEVALUATED BY NP NICHOLS.

(28) AS SUFFICIENT TIME ELAPSED I BEGAN TO WONDER WHY I HAD NOT BEEN EVALUATED BY NP NICHOLS NOR HAD THE MEDICATIONS ORDERED/RECOMMENDED BY NURSE MOORE ARRIVED. AFTER FURTHER INQUIRY & INVESTIGATION, I FIRST LEARNED & CONFIRMED THE CONSPIRACY THROUGH MY MENTAL HEALTH COUNSELOR MRS. THOMPSON THAT MEDICAL PERSONNEL WERE SPREADING FALSE INFORMATION REGARDING MY CONDITION WHERE IT WAS BEING SAID THAT I WAS IMPROVING.

IMMEDIATELY THEREAFTER I HAD A NURSE REVIEW MY MEDICAL FILE TO SEE WHY I HAD NOT RECEIVED THE MEDICATIONS NURSE MOORE ORDERED OR WHY I HAD NOT BEEN REEVALUATED BY NP NICHOLS & WAS INFORMED THAT NP NICHOLS DOCUMENTED IN MY MEDICAL FILE: "NO TREATMENT!"

FOR EDUCATIONAL USE ONLY

(29)   IN LIGHT OF THE ASSESSMENT REPORTS, SUPPOSED DIAGNOSIS, & COURSE OF
TREATMENT, ALTHOUGH INEFFECTIVE, MY SKIN DISEASE WARRANTS ESSENTIAL,
& ALLEGEDLY LONG TERM TREATMENT.  THE BUMPS & RASH IS PROMINENT ALL
OVER MY BODY & I'M SUFFER THE ITCHING & BURNING & PAINFUL BLISTERS ON
A DAILY BASIS DUE TO INFLAMMATION.

(30)   "WHY HAS TREATMENT FOR A DIAGNOSED CONDITION BEEN TERMINATED?"

(31)   IT IS CLEARLY APPARENT THAT NP NICHOLS IS DENYING ME MEDICAL TREAT-
MENT FOR A DIAGNOSED CONDITION AS A MEANS TO RETALIATE AGAINST ME FOR
FILING GRIEVANCES ABOUT THE INADEQUATE MEDICINES SHE PRESCRIBING FOR
THE SKIN DISEASE.  DESPITE HER AWARENESS OF MY SKIN CONDITION & THE
NEED FOR TREATMENT, NICHOLS IS INTENTIONALLY DISREGARDING THE SUFFERING
I AM EXPERIENCING FROM THE SYMPTOMS FOR THE SOLE PURPOSE OF CAUSING
ME HARM.  I NO LONGER HAVE ACCESS TO MEDICAL CARE FOR A DIAGNOSED SKIN
DISEASE WHERE NICHOLS IS THE TREATING PHYSICIAN & SHE IS DELIBERATELY
REFUSING TO TREAT ME &/OR REFER ME TO A DERMATOLOGIST.
     BECAUSE NICHOLS HAS PERSISTENTLY PRESCRIBED MEDICINES KNOWN TO BE IN-
EFFECTIVE  & REFER ME TO A DERMATOLOGIST, I HAVE SUFFERED UNNECESSARILY,
& CONTINUE TO SUFFER.  NICHOLS DENIAL OF MEDICAL TREATMENT FOR NON-
MEDICAL FACTORS COUPLED WITH HER INADEQUATE PRESCRIBING OF MEDICINES &
PERSISTENCE IN A COURSE OF TREATMENT APPARENTLY INEFFECTIVE, CONSTITUTES
CRUEL & UNUSUAL PUNISHMENT, & DELIBERATE INDIFFERENCE PROHIBITED BY
THE 1ST, 8TH, & 14TH AMENDMENTS.

(32)   BASED ON MEDICAL RESEARCH & THE PROFESSIONAL JUDGMENT OF NURSES
NOT MENTIONED, I DO NOT HAVE THE SYMPTOMS OF SEBORRHEIC DERMATITIS,
CONTACT DERMATITIS, NOR FOLLICULITIS & THEREFORE, IN LIGHT OF INEFFECTIVE-
NESS OF PREVIOUSLY PRESCRIBED MEDICINES, I STRONGLY BELIEVE I HAVE BEEN
MISDIAGNOSED.  THUS THE CAUSE OF INAPPROPRIATE PRESCRIBING & ADVERSE MED-
ICATION REACTION.  I FURTHER BELIEVE NP NICHOLS & MEDICAL STAFF ARE UN-
QUALIFIED TO TREAT THE DISEASE OUTBREAK WHICH IS EVIDENT BY THE MANY
PRISONERS THAT HAS CONTRACTED THE SAME SKIN DISEASE & THOSE WHO HAS
BEEN UNDERGOING TREATMENT FOR MONTHS WITHOUT IMPROVEMENT DESPITE
COMPLETE EXHAUSTION OF AFOREMENTIONED MEDICINES.

(33)   CONCLUSION.  I PRESENTLY REMAIN UNDER THE SAME UNSANITARY CONDITIONS
OF CONFINEMENT AFOREMENTIONED & I AM SUFFERING FROM THE SKIN DISEASE
UNNECESSARILY.  WITHOUT THIS ESTEEMED COURT'S INTERVENTION & RIGHTEOUS
JUDGMENT I WILL SUFFER FURTHER IRREPARABLE HARM PRESENT & FUTURE DUE
TO DEFENDANTS' UNCONSTITUTIONAL PRACTICES & EXCESSIVE DISREGARD TO MY
HEALTH & SAFETY.

FOR EDUCATIONAL USE ONLY

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

THIS CLAIMS AGAINST NAMED PRISON OFFICIALS & MEDICAL STAFF CONSIST OF CRUEL & UNUSUAL PUNISHMENT, INADEQUATE MEDICAL CARE, DELIBERATE INDIFFERENCE, & RETALIATION. ALL DERIVING FROM UNSANITARY CONDITIONS OF CONFINEMENT, RESULTING IN ME CONTRACTING A SKIN DISEASE, PROHIBITED BY THE 1ST, 8TH, & 14TH AMENDMENTS TO THE U.S. CONSTITUTION. THIS IS ALSO A CLAIM OF SUPERVISORY LIABILITY, GOVERNED BY THE 8TH AMEND.

PRISON OFFICIALS HAVE & CONTINUE TO EXPOSE ME TO UNSANITARY CONDITIONS THROUGH INADE-QUATE LAUNDRY FACILITIES, UNSANITIZED SHOWERS, & DENIAL OF CLEANING SUPPLIES TO CLEAN MY CELL, DELIBERATELY DISREGARDING EXCESSIVE RISK TO MY HEALTH & SAFETY.

MEDICAL STAFF HAVE & CONTINUE TO DENY ME ADEQUATE MEDICAL CARE FOR A DIAGNOSED SKIN DISEASE BY INTENTIONALLY TREATING THE CONDITION WITH MEDICATIONS KNOWN TO BE INEFFECTIVE, DENYING ACCESS TO A DERMATOLOGIST & SUBJECTING ME TO UNNECESSARY SUFFERING PHYSICALLY, MENTALLY, & EMOTIONALLY, PROHIBITED BY THE 8TH & 14TH AMENDMENTS.

ADDITIONALLY, THE 1ST AMENDMENT CLAIM OF RETALIATION DERIVED FROM MEDICAL STAFF DENYING ME MEDICAL TREATMENT IN RETALIATION FOR MY FILING GRIEVANCES AGAINST INADEQUATE MED-

## VII.    RELIEF REQUESTED:   ICAL TREATMENT FOR A DIAGNOSED SKIN DISEASE.

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

(1) INJUNCTIVE RELIEF : I REQUEST AN INJUNCTIVE ORDER AGAINST WARDEN R. COMERFORD, SERGEANT ROGERS & OFFICER SINTEFLIT, ORDER THEM TO (1) DESTROY CLOTHING & BED LINENS, ETC, ETC THAT ARE 5 YEARS & OLDER, (2) PROVIDE ME WITH ADEQUATE LAUNDRY, (3) ABIDE BY ALL RULES - REGULATIONS, & PROCEDURES PERTAINING TO SANITATION & USE SUFFICIENT DETERGENTS TO SANITIZE THE LAUNDRY REGARDLESS OF COST, (4) THAT I & THE GENERAL CM POPULATION BE PROVIDED ADEQUATE SANITATION SUPPLIES TO CLEAN THEIR CELLS, (5) THAT SHOWERS BE PROPERLY CLEANED WITH SUFFICIENT DISINFECTANT SOLUTIONS BEFORE & OR AFTER EVERY USAGE, (6) THAT I NOT BE SUBJECTED TO RETALIATION BY SECURITY FOR THE FILING OF THIS LAWSUIT, & (7) ANY OTHER RELIEF DEEMED APPROPRIATE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

4/26/15
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _26TH_ day of _APRIL_, 20_15_.

(Signature of Plaintiff)

Revised 03/07

7

CONTINUANCE OF RELIEF REQUESTED:

(2) MEDICAL INJUNCTIVE RELIEF: I DEMAND THAT MEDICAL STAFF, (1) CEASE THEIR "ASSUMED" DIAGNOSIS OF MY SKIN DISEASE, (2) CEASE THEIR INTENTIONAL ROUTINE & INEFFECTIVE TREATMENT THAT IS NOTHING MORE THAN EXPERIMENTAL TREATMENT, (3) CEASE PERMITTING ME TO SUFFER UNNECESSARILY THROUGH THEIR DELIBERATE DELAYING TO SEND ME TO A SKIN SPECIALIST, e.g. A DERMATOLOGIST. (4) CEASE DENYING ME ADEQUATE MEDICATIONS BASED ON NON-MEDICAL FACTORS, (5) CEASE MAKING DIAGNOSIS BASED ON UNQUALIFIED NURSES' JUDGMENT & PRESCRIBING INAPPROPRIATE & EXPERIMENTAL MEDICINES BASED ON SAME, (6) THAT NP NICHOLS CEASE PRESCRIBING MEDICATIONS BASED SOLELY ON THE ASSESSMENT REPORT OF UNQUALIFIED NURSES & QUESTIONABLE CIRCUMSTANCES WITHOUT FIRST HAND KNOWLEDGE OF PATIENTS MEDICAL CONDITIONS (7) THAT NP NICHOLS CEASE DENYING ME MEDICAL TREATMENT THAT IS NECESSARY FOR A DIAGNOSED SKIN DISEASE IN RETALIATION FOR MY FILING GRIEVANCES AGAINST HER & STAFF FOR INADEQUATE MEDICAL TREATMENT, (8) CEASE DENYING ME APPROPRIATE & NECESSARY MEDICAL TREATMENT TO SAVE CORIZON MONEY, e.g. SENDING ME TO A DERMATOLOGIST OR ORDERING STRONGER & EFFECTIVE BRANDS OF MEDICATIONS, (9) CEASE OVER-CHARGING ME THE $5.00 MEDICAL CO-PAYMENT FOR EVERY FOLLOW-UP TREATMENT FOR A DIAGNOSED CONDITION, & (10) ANY OTHER RELIEF DEEMED APPROPRIATE.

(3) IN REFERENCE TO WARDEN RICHARD COMERFORD, I SEEK COMPENSATORY DAMAGES FOR ABANDONING HIS SUPERVISORY DUTIES & DELIBERATE INDIFFERENCE, RESULTING IN DELIBERATE EXPOSURE TO UNSANITARY CONDITIONS OF CONFINEMENT & THE CONTRACTION OF A SKIN DISEASE, IN VIOLATION OF MY 8TH & 14 AMEND. RIGHTS. I DEMAND $150,000 IN COMPENSATION.

(4) IN REFERENCE TO SERGEANT ROGERS, I SEEK COMPENSATORY DAMAGES FOR ABANDONING HIS SUPERVISORY DUTIES & DELIBERATE INDIFFERENCE, RESULTING IN EXPOSURE TO & CONTRACTING A SKIN DISEASE, IN VIOLATION OF MY 8TH & 14TH AMEND. RIGHTS. I DEMAND $25,000 IN COMPENSATION.

(5) IN REFERENCE TO OFFICER SINTERFIT, I SEEK COMPENSATORY DAMAGES FOR HER DELIBERATE INDIFFERENCE RESULTING IN EXPOSURE TO UNSANITARY CONDITIONS & CONTRACTING A SKIN DISEASE, IN VIOLATION OF MY 8TH & 14TH AMEND. RIGHTS. I DEMAND $25,000 IN COMPENSATION.

(6) IN REFERENCE TO DANA MCGOWAN (HSA) & S. SCHWARTZ (MD), I SEEK COMPENSATORY DAMAGES FOR ABANDONING THEIR SUPERVISORY DUTIES & DELIBERATE INDIFFERENCE, RESULTING IN DELIBERATE DENIAL OF ADEQUATE MEDICAL TREATMENT FOR A DIAGNOSED CONDITION, & UNNECESSARY SUFFERING, IN VIOLATION OF MY 8TH & 14TH AMEND. RIGHTS. I DEMAND A COMBINED TOTAL OF $100,000 IN COMPENSATION.

(7) IN REFERENCE TO M. NICHOLS (NP), I SEEK COMPENSATORY DAMAGES FOR INADEQUATE & RETALIATORY DENIAL OF MEDICAL TREATMENT FOR A DIAGNOSED SKIN DISEASE, RESULTING IN UNNECESSARY SUFFERING, IN VIOLATION OF MY 1ST, 8TH, & 14TH AMEND. RIGHTS. I DEMAND $75,000 IN COMPENSATION.

(8) IN REFERENCE TO NURSE DERRICK, I SEEK COMPENSARY DAMAGES FOR INADEQUATE & DENIAL OF MEDICATIONS FOR NON-MEDICAL FACTORS & DELIBERATE INDIFFERENCE, RESULTING IN UNNECESSARY SUFFERING, IN VIOLATION OF MY 8TH & 14TH AMEND. RIGHTS. I DEMAND $25,000 IN COMPENSATION.

(9) I SEEK COMPENSATORY DAMAGES FOR MENTAL & EMOTIONAL DISTRESS CAUSED BY THE SYMPTOMS OF THE SKIN DISEASE, THE CONTINUED EXPOSURE TO UNSANITARY CONDITIONS, & THE INADEQUATE / DENIAL OF MEDICAL TREATMENT, IN VIOLATION OF MY 8TH & 14TH AMENDS. RIGHTS. I DEMAND $40,000 IN COMPENSATION.

(10) I SEEK PUNITIVE DAMAGES AGAINST ALL NAMED DEFENDANTS FOR THEIR DELIBERATE OMISSIONS WHICH HAS CAUSED ME TO SUFFER UNNECESSARILY. DEFENDANTS CONTINUE TO SUBJECT ME TO CRUEL & UNUSUAL PUNISHMENT THROUGH UNSANITARY CONDITIONS & INADEQUATE &/OR DENIAL OF MEDICAL TREATMENT FOR A DIAGNOSED SKIN DISEASE. DEFENDANTS HAVE DELIBERATELY CAUSED IRREPARABLE HARM AS A RESULT OF THEIR UNCONSTITUTIONAL PRACTICES. I DEMAND A COMBINED TOTAL OF $250,000.

AND ANY OTHER RELIEF DEEMED APPROPRIATE TO COMPENSATE PLAINTIFF FOR HIS SUFFERING PAST, PRESENT & FUTURE SINCE I WILL REQUIRE LONG TERM TREATMENT.

4/26/15
DATE:

SIGNATURE:

TORIC LAVERN YEARGY # 693658
SANTA ROSA C.I. / F-3202.U
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583-7914

FOR EDUCATIONAL USE ONLY

_SWORN AFFIDAVIT_

COMES NOW THE AFFIANT, BEING DULY SWORN, AND MAKES THE FOLLOWING STATEMENT:

MY NAME IS _TORIC L. YEARBY #L93L58_ AND I RESIDE AT _a SANTA ROSA CORRECTIONAL_
_INSTITUTION_ _____ AND I AFFIRM THAT THE FACTS BELOW ARE TRUE.

_I HEREBY DECLARE:_

THAT DURING THE MONTHS OF OCTOBER & NOVEMBER 2014, I OBSERVED SEVERAL PRI-
SONERS WITH BUMPS, LESIONS, & RASHES BEING ESCORTED TO & FRO FROM THE SHOWERS.
THEIR CLOTHS, ETC, ETC WERE THEN LAUNIXRED WITH THE GENERAL CM POPULATION'S LAUNDRY
CONSEQUENTLY, I CONTRACTED THESE SAME BUMPS, LESIONS, & RASHES.
    I SOUGHT MEDICAL TREATMENT FOR THE SYMPTOMS & LEARNED THE SKIN DISEASE IS CALLED
SEBORRHEIC ~~DETL~~ DERMATITIS (SUPPOSEDLY), & THAT I & NUMEROUS OTHER PRISONERS
HAVE CONTRACTED IT THROUGH UNSANITARY CONDITIONS OF LAUNDRY & LIVING AREAS (CELLS
& DORM SHOWERS. THIS IS TRUE. THE LAUNDRY BEING PROVIDED TO CM PRISONERS ARE
EXTREMELY FILTHY & APPARENTLY CONTAMINATED. BEDDING SUPPLIES & UNDER GARMENTS
ARE NOTICABLY DIRTY, WHAT SHOULD BE WHITE IS DIRT BROWN. OFTEN THE CLOTHING, ETC, ETC
COMES FROM LAUNDRY STILL WET. SHOWERS ARE NEVER CLEANED ON A REGULAR BASIS. THEY
REMAIN INFESTED WITH TRASH, BODY HAIRS, SPERM, INSECTS, & OCASIONAL FECES. THEY ARE NOT
SANITIZED BEFORE OR AFTER EVERY USAGE. THE SHOWERS ARE ONLY SPRAYED WITH A DISINFECT-
ANT (NOT CLEANED OUT OR SCRUBBED) WHEN SOMEONE IMPORTANT (HIGH RANKING OFFICER) COMES
TO MAKE A BRIEF VISUAL INSPECTION. AS FOR CELLS, WE ARE ONLY GIVEN A CUP OF DELUDED
SUBSTANCE. NO BROOM, MOPS, OR TOILET BRUSHES ARE PROVIDED. SO WE'RE LIVING CONSTANTLY
UNDER UNSANITARY CONDITIONS & THE RISK OF CONTRACTING A CONTAGIOUS DISEASE IS VERY VERY
HIGH AS IS EVIDENT FROM MY COMPLAINT & ATTACHED AFFIDAVITS.
    ALSO, I AM BEING DENIED ADEQUATE MEDICAL TREATMENT FOR MY SKIN CONDITION. THE
MEDICATIONS BEING PRESCRIBED ARE CLEARLY INEFFECTIVE. HOWEVER, MEDICAL STAFF PERSIST
THAT THE MEDICINES WILL WORK. I AM NOT THE ONLY ONE UNDERGOING THE SAME COURSE OF
TREATMENT WITH NO INDICATIONS OF IMPROVEMENT AS A RESULT OF THE MEDICATION. I'VE BEEN
SUFFERING THE SKIN DISEASE FOR 6 MONTHS WITH NO SIGNS OF IMPROVEMENT. THERE ARE OTHER
PRISONERS WHO HAVE BEEN SUFFERING LONGER. THE TREATMENT IS CLEARLY INEFFECTIVE. MEDICAL
STAFF HAVE DENIED ALL REQUESTS TO SEE A DERMATOLOGIST. I HAVE GRIEVED THE MATTER
EXTENSIVELY TO NO AVAIL. I AM NOW BEING DENIED ANY FORM OF TREATMENT FOR THE SKIN
DISEASE BY NURSE PRACTITIONER M. NICHOLS IN RETALIATION FOR MY FILING GRIEVANCES.
    I AM BEING SUBJECTED TO CRUEL & UNUSUAL PUNISHMENT WHERE I AM DELIBERATELY BEING
MALICIOUSLY COMPELLED TO SUFFER A SKIN DISEASE UNNECESSARILY. MY CONDITION CONTINUES
TO WORSEN. I BELIEVE I'VE BEEN MISDIAGNOSED. I NEED TO BE EVALUATED BY A DERMATOLOGIST.
FURTHER, AFFIANT SAYETH NOT.

PURSUANT TO § 92.525, FLORIDA STATUTES, AND 28 U.S.C. § 1746, I HEREBY
DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING DOCUMENT
AND THAT THE FACTS STATED IN IT ARE TRUE.

_____  L93L58
SIGNATURE OF AFFIANT &    DC #

4/26/15
DATE.

EX. A

# Affidavit

COMES NOW the affiant, being duly sworn, and makes the following statement:

My name is PAUL E. BARBATO, JR and I reside at SANTA ROSA C.I. 5850 E. MILTON Rd. MILTON, FL. 32583 _____ (address), and I affirm that the facts below are true.

NOW I AM SUBMITTING THIS DUE TO THE FACT THAT I HAVE BEEN TREATED FOR A SKIN FUNGUS THAT IS BREAKING OUT ON MY BODY, DUE TO THE SYSTEM OF THE UNSANITARY CONDITIONS OF THE LAUNDRY DEPARTMENT AND ALSO THE UNSANITARY CONDITIONS OF THE INMATE SHOWERS NOT PROPERLY BEING WELL CLEANED AFTER EVERY SHOWER NIGHT LEAVING FECES, URINE, SPERM AND HAIR FROM OTHER INMATES IN THESE SHOWERS, ALSO THE UNSANITARY CONDITIONS OF THE LAUNDRY DEPARTMENT BY NOT PROPERLY WASHING OUR CLOTHES. THEY ARE WASHING ALL OF OUR CLOTHES TOGETHER WITH INMATES CLOTHES THAT ARE NOT INFECTED WITH THIS FUNGUS THAT IS HOW THIS FUNGUS IS STILL SPREADING. I WAS SEEN BY MEDICAL FOR THIS ON 12/8/14 AND NURSE L. MOORE PROVIDED ME WITH SOME SKIN CREAM CALLED HYDROCORTISONE AND ON 12/15/14 I WAS SEEN BY THE DOCTOR M. NICHOLS WHO PROVIDED ME A PRESCRIPTION CREAM CALLED RX ONLY TRIAMCINOLONE ACETONIDE OINTMENT USP, 0.1%. NOW NONE OF THIS MEDICATION IS WORKING FOR ME AT ALL. NOW IF NOTHING IS DONE ABOUT THESE UNSANITARY CONDITIONS THIS FUNGUS IS GONNA CONTINUE TO SPREAD TO OTHER INMATES ON CLOSE MANAGEMENT AS WELL AS THE GENERAL POPULATION HERE AT SANTA ROSA CI.... THIS IS AN ONGOING MEDICAL PROBLEM AS WELL AS NOONE ELSE TRYING TO DO NOTHING ABOUT THIS FUNGUS AT THE INSTITUTIONAL LEVEL WITH THE UNSANITARY CONDITIONS WITH THE SHOWERS AND THE LAUNDRY DEPARTMENT....

FURTHER, AFFIANT SAYETH NOT.

Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.

_____     01/09/2015
AFFIANT # 971557                Date

N/A
_____
Telephone

Attach and initial additional pages if necessary

EX. B

## SWORN AFFIDAVIT

STATE OF FLORIDA    )
                     )
COUNTY OF         )

I HEREBY DECLARE:

Now Due to this fungus which is causing my body to breakout in rushes and Bumps from this skin fungus through unsanitary conditions of the laundry Department By now fact are clearing the Bed linen, and foremost Important Part the unsanitary conditions of the shower are not being cleaned after the shower are used by the inmates, that also caues fungus to grow and the walls of shower as will the shower floor too. I had conducted medical about this Problem with the bumps and rushes from the skin disease growing on my body the treatment they have provided to me for the skin disease has no control over this matter, this Problem is getting worse everyday I had starte using the treatment they had Provided to me for the disease is called Ter Gel Shampoo, which is not helping the fungus, when I had went to medical about this Problem the nurse she had told me that this disease is not only on (CM) is all throught the institution as well too. So in that case the Doctor and the nurse know of this matter, why is nobody tureing action to stop or kill the disease that way more People will not be infected with this disease if nobody take's action more People will be infected with this skin disease....

Tingley . Pedro Jr
X-77357

FURTHER, AFFIANT SAYETH NOT.

PURSUANT TO § 92.525, FLORIDA STATUTES, AND 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Timothy Pedro       1-13-15
AFFIANT               DATED

EX. C

## SWORN AFFIDAVIT

COMES NOW THE AFFIANT, BEING DULY SWORN, AND MAKES THE FOLLOWING STATEMENT:

MY NAME IS Major Highman (261987) AND I RESIDE AT Santa Rosa Correctional Institution F1-110 , AND I AFFIRM THAT THE FACTS BELOW ARE TRUE.

On June 10 and June 24, Sept 24 and Dec 18, I was examine for the 4th time for the same (Skin-fungus) inside Santa Rosa Correctional Institution. Mr. Nichols, who is the Nurse Practitioner; has no good medical prevention for the outbreak of the Skin-fungus. I grievance this issue on Dec 16, 2014 to the Assistance Warden office only to have the grievance returned back to Medical which Mr. D. McGowan applied DOC procedure 401.010. Non emergent medical issues will be access, $5.00 co-payment which should not be access due to the fact that the (Skin-fungus) come by the "Unsanitary" laundry procedures here at Santa Rosa Correctional Institution. This is a on-going medical issue that occurred from the nasty and dirty laundry procedures so why are Prisoners constantly being change the $5.00 co-payment? It's a known fact that the (Showers) are not being properly sanitize or clean as the Warden claimed to the higher Authorities in the Governor's office by letter due to the unsanitary condition with the laundry process and the unkept showers sanitizing here at Santa Rosa Correctional Institution. Grievance # 14-8450 due to excessive co-payment due to (Skin-fungus) which came from unsanitary laundry processing and un-sanitize showers here at Santa Rosa Correctional Institution. I'm a (Victim) of the (unsanitary procedures) within Santa Rosa Correctional Institution and I enclose the facts to the (unsanitary procedures) within Santa Rosa C.I.. Medical records will present the (4 treatment plans for the same Skin-fungus (which Nurse Practitioner, Ms. Nichols; has no effective treatment plan for the Skin fungus) out-break within Santa Rosa Correctional Institution; due to the fact Mr. Nichols is not a certified Doctor. That's why the Skin-fungus is not highly active within SRCI and (unsanitary living quarters and laundry processing. I, Major Highman (261987) Affirm this statement to be the wholesome truth in regards to the Skin fungus and Unsanitary living quarters here within Santa Rosa Correctional Institution this 17th of January 2015.

FURTHER, AFFIANT SAYETH NOT.

PURSUANT TO § 92.525, FLORIDA STATUTES, AND 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Major Highman, Major Highman; January 17, 2015; 7:44pm
AFFIANT                                    DATE
DC # 261987

EX. D

## SWORN AFFIDAVIT

COMES NOW THE AFFIANT, BEING DULY SWORN, AND MAKES THE FOLLOWING STATEMENT:

MY NAME IS _Allen J Brandt_ AND I RESIDE AT _SANTA Rosa Correctional Institution_, AND I AFFIRM THAT THE FACTS BELOW ARE TRUE.

On approximently 9/7/2014 I when To sickcall "medical — — Department" about a "Rash" and was put on "TERA-Gel — -Shampoo 0.58 Gel" The order stop date 12/09/14. Come To find out the Rash is a "Skin Disease" and I was Told iT was a fungis. I was also put on "Tolnaftate Cream 1%" non of this Treatmant hase worked iT's now 3/31/15 and They Just put me on "Triamcinolone Acetonide ointment USP 0.58" It is still not not working To stop This Prophlem. This "Skin Disease" comes from "Loudry Dept. + unsanitary conditens of the Clothing. We send in our clothing and iT Game's Back To us STill not clean. Are Bedding supplies go's To the same dept. we dont get The shower's Cleaned and if They do go in iTiT is with Just a rage and wipe Them off. NO Bleach, NO sanataion at all. if you was To walk in To the shower and smell, you would smell mald, iT's nasTy. We are supposed To geT cell clean up 1 Time a week. That don'T happen, if " They do, iT is with Just water and Rages. We have that in The cell's already. we meed Bleach sanataion. The medications dodT work so How can I stay safe? The Nurse Practitioner M. Nichols Keeps putting me on medicatents that won'T improve my condition! So what can I do? we meed Help in This matter.

FURTHER, AFFIANT SAYETH NOT.

PURSUANT TO § 92.525 § FLORIDA STATUTES, AND 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_Allen Brandt_ _130913_
SIGNATURE OF AFFIANT & DC #
_3/31/15_
DATE

EX.E

SWORN AFFIDAVIT

COMES NOW THE AFFIANT, BEING DULY SWORN, AND MAKES THE FOLLOWING STATEMENT:

MY NAME IS RAYMOND P. JOHNSON AND I RESIDE AT SANTA ROSA Correctional Institution , AND I AFFIRM THAT THE FACTS BELOW ARE TRUE.

I HEREBY DECLARE:

That the laundry Dept. is very unclean they give you old underwear that other people have wore, their clothing and, bed sheets and blankets smell old like mildew. When you send your clothes to get wash of the laundry Dept. your clothes come back brown or look dirty Not clean And your clothes be still wet which can also cause mildew. I came to SRCI in Dec. 2014 with a clean white T-shirts Now these shirts look like they been soak in mud or dirt and don't look clean. I think and feel that the laundry Dept. doesn't clean your clothes or they don't use enough cleanser. I have also witness inmates with skin disease that the inmate say that got it from the laundry dept.

FURTHER, AFFIANT SAYETH NOT.

PURSUANT TO § 92.525, FLORIDA STATUTES, AND 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

766900
AFFIANT SIGNATURE   &   DC #

4/4/15
DATE.

EX.F

## SWORN AFFIDAVIT

COMES NOW THE AFFIANT, BEING DULY SWORN, AND MAKES THE FOLLOWING STATEMENT:

MY NAME IS _Griagal Barr_ AND I RESIDE AT _Santa Rosa_

_Correction Institution_, AND I AFFIRM THAT THE FACTS BELOW ARE TRUE.

I HEREBY DECLARE:

I OBSERVED WHEN THE LAUNDRY COMES BACK AT THIS INSTITUTION IT BE DIRTY & MILDEW. WHILE OF OBSERVING INMATES WHO SENDS THERE LAUNDRY OUT, WITH RASHES AN SKIN DISEASE'S. IN OTHER WORD'S THAT LAUNDRY IS VERY DIRTY AN UNSANITARY HERE, AND EXTREMELY DISEASE INFECTED. I AM FORTUNATE NOT TO HAVE A SKIN DISEASE BECAUSE OF THE UNSANITARY CONDITIONS OF LAUNDRY AS MANY PRISONERS DO, TO INCLUDE YEARBY, TORIC #693658.

FURTHER, AFFIANT SAYETH NOT.

PURSUANT TO § 92.525, FLORIDA STATUTES, AND 28 U.S.C. §1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____   # W25487
AFFIANT SIGNATURE   &   DC #

_4-5-15_
DATE.

EX. G

SWORN AFFIDAVIT

COMES NOW THE AFFIANT, BEING DULY SWORN, AND MAKES THE FOLLOWING STATEMENT:

MY NAME IS Mark Lang _____ AND I RESIDE AT Santa Rosa

Correctional Institution _____ , AND I AFFIRM THAT THE FACTS BELOW ARE TRUE.

I HEREBY DECLARE:

I have caught a skin disease called seborrheic dermatitis here at this institution through the unsanitary laundry. I caught it because the laundry dept. wash the cloths of those infected with everybody else laundry and don't use enough bleach and other detergents to kill germs and bacteria. The canteen don't allow us on CM to buy bleach to wash our own cloths so we are forced to send our cloths to the laundry and the laundry comes back dirtier than when we send them in. We are constantly exposed to germs and bacteria through the laundry because proper methods to sanitize the contaminated cloths and bed linens are not being applied.

Also, I have had the skin disease for about 3 months or more and the medications I am being given is not working to cure it. I am not the only one with this same disease. Alot of inmates have the same skin disease and are being given the same medications that obviously don't work. The disease is just being allowed to spread from inmate to inmate. I believe the medical staff don't really know for sure what the disease really is. They treat it with fungus creams, but it is apparent the skin disease is more than a fungus because the fungus creams are not doing anything to improve the condition. And the shampoo and antibiotic pills and ointments aren't working neither. Medical don't have a cure. We/I, need to be evaluated by a dermatologist, but the treating phycisian won't refer us to one.

FURTHER, AFFIANT SAYETH NOT.

PURSUANT TO § 92.525, FLORIDA STATUTE, AND 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____ & 187283
AFFIANT SIGNATURE      DC #

1-11-15
DATE.

EX. H

**Mission:**
To protect, promote & improve the health
of all people in Florida through integrated
state, county & community efforts.



**Rick Scott**
Governor

**John H. Armstrong, MD, FACS**
State Surgeon General & Secretary

**Vision:** To be the Healthiest State in the Nation

April 6, 2015

Mr. Toric L. Yearby D.C. #693658, F-3202
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583-7914

Reference Number: 201509099
Subject: Marsha Jean Cook Nichols, R.N.

Dear Mr. Yearby:

The Consumer Services Unit has reviewed your complaint.  Please submit the following information to assist us in determining if there is a possible violation of any laws or rules regulating this profession:

- Have the patient or his/her legal representative sign and date the enclosed authorization form for the release of medical information. Please have the signature notarized or witnessed, and return the form to this office (with appropriate documentation of any legal representation). Secretary, Florida Department of Health).

We will review this information with your complaint to determine if it shows that a possible violation has occurred.  Please include the above reference number with your response.  If we do not hear from you within 30 days, we will take no further action.

The mission of the Department of Health is to protect, promote & improve the health of all people in Florida through integrated state, county, & community efforts.  If you have any questions, please call the Consumer Services Unit at (850) 245-4339. In addition, if you have any concerns or suggestions about our complaint process, please fill out our *Customer Concerns or Suggestions* form at www.floridashealth.com/mqa/survey.html.

Sincerely,
Consumer Services Unit/HA179

SM/mw
Enclosure

DOH-Form201                     EX. I

**Florida Department of Health**
Division of Medical Quality Assurance• Bureau of Enforcement
4052 Bald Cypress Way, Bin C-75 • Tallahassee, FL 32399-3275
PHONE: (850) 245-4339 • FAX : (850) 488-0796

**www.FloridaHealth.gov**
TWITTER:HealthyFLA
FACEBOOK:FLDepartmentofHealth
YOUTUBE: fldoh
FLICKR: HealthyFla
PINTEREST: HealthyFla

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TORIC LAVERN YEARBY,
    PLAINTIFF,

V.                              CASE NO.: 3:15 CV-106/MCR/CJK

RICHARD COMERFORD, et al.,
    DEFENDANTS.

## DEMAND FOR A JURY TRIAL

COMES NOW, TORIC LAVERN YEARBY, PLAINTIFF, PRO'SE, MOVES THIS HONORABLE COURT WITH THE FOREGOING MOTION, DEMAND FOR A JURY TRIAL, PURSUANT TO RULE 38, FED.R.CIV.P.

IN SUPPORT OF THIS MOTION I STATE AS FOLLOWS:

(1) THIS CASE INVOLVES EXTREMELY COMPLEX ISSUES OF A MEDICAL NATURE THAT WILL REQUIRE TESTIMONY FROM SEVERAL WITNESSES, TO INCLUDE EXPERT TESTIMONIES & PROFESSIONAL OPINIONS FROM DOCTORS.

(2) GENUINE ISSUES OF A MATERIAL FACT EXIST THAT MUST BE DECIDED BY A JURY

(3) QUESTIONS ON THE EXTENT OF DAMAGES & THE AMOUNT TO BE AWARDED FOR COMPENSATION & PUNITIVE DAMAGES MUST GO BEFORE A JURY.  WHEREFORE, PLAINTIFF DEMANDS A JURY TRIAL IN THIS CASE.
                        RESPECTFULLY SUBMITTED,

                        Toric J. Yearby #L93658
                        SIGNATURE            DC#

                        TORIC LAVERN YEARBY #L93658
                        SANTA ROSA C.I., F-3202.U
                        5850 E. MILTON ROAD
                        MILTON, FLORIDA 32583-7914

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING MOTION, DEMAND FOR A JURY TRIAL, HAS BEEN FURNISHED BY U.S. MAIL TO: OFFICE OF THE ATTORNEY GENERAL, PL-01, THE CAPITOL, TALLAHASSEE, FLORIDA 32399-1050, THIS 26TH DAY OF APRIL 2015

                        Toric J. Yearby
                        SIGNATURE.

FOR EDUCATIONAL USE ONLY

TORIC L. YEARBY #693658, F-3202, CC
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON ROAD
MILTON, FLORIDA 32583-7914



CLERK, UNITED STATES DISTRICT COURT
NORTHERN DIST. OF FLORIDA
1 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502

LEGAL MAIL

