IN THE U.S DISTRICT COURT
OF THE STATE OF FLORIDA

TORIC LAVERN YEARBY, Et, AL,
                        PLAINTIFF

VS                                              CASE NO. 3:15-CV-00106-MCR-CJK

RICHARD COMERFORD,
                        DEFENDANT


RECEIVED UNION CORRECTIONAL INSTITUTION
MAY 22 2015
BY F.I FOR MAILING

## NOTICE OF CHANGE OF ADDRESS

THE DEFENDANT, FREDERICK W. IVES, RESPECTFULLY SUBMITS THIS NOTICE OF CHANGE OF ADDRESS:

FROM: SANTA ROSA CORR INST    TO: UNION CORR INST.
      5850 E. MILTON RD            7819 N.W. 228th ST
      MILTON, FL 32583             RAIFORD, FL 32026

IN THE ABOVE-STYLED CAUSE AND RESPECTFULLY REQUEST THE CLERK TO FILE THIS NOTICE IN THE ABOVE REFERENCED CASE, AND TO MAKE THE SAME PART OF THE RECORDS THEREIN.

THIS 21 DAY OF MAY, 2015

/S/ Frederick W. Ives
FREDERICK W. IVES
DC# L11306 - U-2103
UNION CORR INST
7819 N.W. 228 th St
RAIFORD, FL 32026

FREDERICK W. IVES
DC# L11306-U-2103
MILTON CORR. INST.
5819 N.W. 28TH ST.
JAYFORD, FL 32026

TO: U.S. DISTRICT COURT
ONE NORTH PALAFOX ST.
PENSACOLA, FL 32502

Mailed from A
State Correctional
Institution



U.S. POSTAGE >> PITNEY BOWES
ZIP 32083
02 1W
0001383720 MAY 23 2015
$ 000.48°