UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TORIC LAVERN YEARBY,**

    **Plaintiff,**

v.                                      **Case No.  3:15cv106-MCR/CJK**

**RICHARD COMERFORD, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 27, 2015.  ECF No. 15.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion for an Temporary Restraining Order and Preliminary Injunction" is **DENIED AS MOOT.**

**DONE AND ORDERED** this 6th day of January, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**