# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TORIC LAVERN YEARBY,**

    Plaintiff,

**v.**　　　　　　　　　　　　　　　　Case No.: 3:15-cv-106-MCR-CJK

**RICHARD COMERFORD, et al.,**

    Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that undersigned counsel hereby enters his appearance as counsel of record for Defendants Comerford and Rogers. Please send all future pleadings and correspondence in this case to undersigned counsel's attention.

    Respectfully submitted,

    **PAMELA JO BONDI**
    **ATTORNEY GENERAL**

    */s/ R. Lee Page Jr.*

    **R. LEE PAGE JR.**
    **Assistant Attorney General**

1

**Florida Bar No. 0117551**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Randall.Page@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance of Counsel* has been furnished by U. S. Mail to inmate *pro se* **TORIC LACERN YEARBY, DC# 693658,** Jackson Correctional Institution, 5563 10th Street Malone, Florida 32445, on this 19th day of February, 2016.

_____
R. LEE PAGE JR, Esq.