IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TORIC LAVERN YEARBY,**

    Plaintiff,

v.                                              Case No.: 3:15cv106/MCR/CJK

**RICHARD COMERFORD, et al.,**

    Defendants.

_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL
## FOR COMERFORD AND ROGERS

Notice is hereby given that undersigned counsel hereby enters his appearance as co-counsel of record for defendants **Comerford** and **Rogers**.[1]  Please send all future pleadings and correspondence in this case to undersigned counsel's attention.

---

[1] This notice of appearance does not waive service for any other unserved or improperly served defendant(s).

1

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Marcus O. Graper
**MARCUS O. GRAPER**
**Assistant Attorney General**
**Florida Bar No. 0044049**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
marcus.graper@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I hereby certify** that the foregoing *Notice of Appearance of Co-counsel for Comerford and Rogers* has been furnished by U.S. Mail to *pro se* **Toric Yearby**, DC# 693658, Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445, on the 19th day of February, 2016.

/s/ Marcus O. Graper
MARCUS O. GRAPER