IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TORIC LAVERN YEARBY,**

    Plaintiff,

v.                                                      Case No.: 3:15cv106/MCR/CJK

**RICHARD COMERFORD, et al.,**

    Defendants.
_____/

## ANSWER BY DEFENDANTS
## COMERFORD, ROGERS, AND SENTERFITT

Defendants Comerford, Rogers, and Senterfitt (hereinafter "Defendants"), through undersigned counsel, submit the Answer, affirmative defenses, and demand for jury trial in response to Plaintiff's Amended Complaint (Doc. 9) and state as follows:

**I.     PLAINTIFF** (Doc. 9 at 2):

Denied that Plaintiff was at Santa Rosa Correctional Institution ("CI"), but at Santa Rosa CI Annex; and remainder admitted.[1]

---

[1] The admissions/denials in this Answer for the Plaintiff and Defendant(s) sections are based on the date when the Complaint was mailed by the Plaintiff to the Court (April 26, 2015).

1

**II.    DEFENDANT(S)** (Doc. 9 at 2-3.)

    (1)    "Richard Comerford"

           Admitted that Richard Comerford is a defendant; and remainder denied.

    (2)    "? Rogers"

           Admitted.

    (3)    "? Sinterfit"

           Admitted that Senterfitt is a defendant; and remainder without knowledge, therefore denied.

    (4)    "Dana McGowan"

           Denied because this paragraph is not directed toward the Defendants.

    (5)    "S. Schwartz"

           Denied because this paragraph is not directed toward the Defendants.

    (6)    "M. Nichols"

           Denied because this paragraph is not directed toward the Defendants.

    (7)    "? Derrick"

           Denied because this paragraph is not directed toward the Defendants.

**III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES** (Id. at 4.)

*No response because this section only provides instructions.*

IV.   **PREVIOUS LAWSUITS** (Doc. 9 at 4-6):

A-D.   Without knowledge, therefore denied.

V.   **STATEMENT OF FACTS** (Id. at 6-8):

1.   Admitted, on October 14, 2014, Plaintiff was given Tolnaftate powder and cream, and hydrocortisone for his feet; and remainder without knowledge, therefore denied.

2-6.   Without knowledge, therefore denied.

7-8.   Without knowledge, therefore denied.  Moreover, this paragraph is denied because it is not directed toward the Defendants.

9.   Without knowledge, therefore denied.

10.   Without knowledge, therefore denied.  Moreover, this paragraph is denied because it is not directed toward the Defendants.

11-12.   Without knowledge, therefore denied.

13.   Admitted that on December 4, 2014, Plaintiff submitted an informal grievance about laundry, and the response indicated that the laundry department had not been notified by the medical department of any spread of disease; without knowledge, therefore denied of the identity of the respondent; and remainder denied.

3

**V.    STATEMENT OF FACTS** (cont.) (Doc. 9 at 8-11):

14. Regarding Defendants Rogers and Senterfitt, denied; and remainder without knowledge, therefore denied.

15. Admitted that the formal grievance and grievance appeals about the sanitation of the showers were properly returned without action, and Defendant Comerford co-signed the formal grievance; and remainder without knowledge, therefore denied.

16. Regarding Defendant Comerford, denied; and remainder without knowledge, therefore denied.

17-25. Without knowledge, therefore denied. Moreover, this paragraph is denied because it is not directed toward the Defendants.

26. Without knowledge, therefore denied.

27-28. Without knowledge, therefore denied. Moreover, this paragraph is denied because it is not directed toward the Defendants.

29-30. Without knowledge, therefore denied.

31-32. Without knowledge, therefore denied. Moreover, this paragraph is denied because it is not directed toward the Defendants.

33. Without knowledge, therefore denied.

VI.  **STATEMENT OF CLAIMS** (Doc. 9 at 12):

Regarding the Defendants, Denied; and regarding the claims against other defendants, without knowledge, therefore denied.

VII. **RELIEF REQUESTED** (Id. at 12-13.):

Regarding the Defendants, Denied that Plaintiff is entitled to any relief; and regarding the requests for relief from other defendants, without knowledge, therefore denied.

VIII. **EXHIBITS ATTACHED TO AMENDED COMPLAINT** (Id. at 14-22):

To the extent that the Plaintiff raises any allegations against the Defendants within the exhibits attached to the amended complaint, denied; and regarding the remainder of the exhibits attached to the amended complaint, without knowledge, therefore denied.

IX.  **DEFENSES:**

1. Defendants have not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

2. Plaintiff fails to state a claim upon which relief can be granted against Defendants.

3. Plaintiff cannot establish any violation or injury of his constitutional rights.

IX. **DEFENSES (cont.):**

4. Defendants are entitled to Eleventh Amendment immunity.

5. Defendants are entitled to qualified immunity.

6. Plaintiff fails to establish any constitutionally cognizant injury.

7. Plaintiff is not entitled to compensatory, punitive, or any other damages; and not entitled to injunctive relief.

8. Plaintiff failed to exhaust his administrative remedies for all claims.

X. **DEMAND FOR JURY TRIAL:**

Defendants demand jury trial on all issues so triable.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

<u>/s/ Marcus O. Graper</u>
**MARCUS O. GRAPER**
**Senior Assistant Attorney General**
**Florida Bar No. 0044049**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
marcus.graper@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I hereby certify** that, on this 27th day of May, 2016, I electronically filed the foregoing *Answer by Defendants Comerford, Rogers, and Senterfitt* with the Clerk of the Court by using the CM/ECF system; mailed the foregoing document to **Toric Yearby**, DC# 693658, Gulf Correctional Institution - Annex, 699 Ike Steele Road, Wewahitchka, Florida 32465 (Plaintiff *pro se*, non-CM/ECF participant); and that the foregoing document has been furnished electronically through the Court's CM/ECF system to the following CM/ECF participant: **Joseph E. Brooks**, Brooks Law, 2629 Mitcham Drive, Tallahassee, Florida 32308, jeb@sbmlaw.net (counsel for defendants McGowan, Nichols, Derrick, and Schartz).

/s/ Marcus O. Graper
MARCUS O. GRAPER
