UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TORIC LAVERN YEARBY,

    Plaintiff,

v.                                         Case No. 3:15cv106-MCR-CJK

RICHARD COMERFORD, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, brought under 42 U.S.C. § 1983, is before the court on plaintiff's "Notice to the Court of Change of Address and Voluntary Dismissal of Defendants Dana McGowan, Sherry Derrick, Marsha Nichols, and Dr. Stephen Schwartz." (Doc. 62). Plaintiff seeks to dismiss the claims against defendants McGowan, Derrick, Nichols, and Schwartz with prejudice "due to mental health issues that ha[ve] severely restricted his ability to litigate the case adequately and effectively."[*]

Because defendants have moved for summary judgment (doc. 52), plaintiff cannot voluntarily dismiss this action without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that a "plaintiff may dismiss an action without a court

---

[*] Plaintiff and defendants Comerford, Rogers, and Senterfitt previously filed a "Joint Stipulation of Voluntary Dismissal with Prejudice." (Doc. 57).

order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"); *see also* Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."). The undersigned, therefore, recommends that plaintiff's "Notice" be construed as a motion for voluntary dismissal and granted.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's "Notice to the Court of Change of Address and Voluntary Dismissal of Defendants Dana McGowan, Sherry Derrick, Marsha Nichols, and Dr. Stephen Schwartz" (doc. 62) be GRANTED and plaintiff's claims DISMISSED WITH PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 18th day of October, 2016.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:15cv106-MCR-CJK