UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TORIC LAVERN YEARBY,

    Plaintiff,

v.                                      CASE NO. 3:15cv106-MCR-CJK

RICHARD COMERFORD, et al.,

    Defendants.
                                       /

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 18, 2016.  ECF No. 63.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's "Notice to the Court of Change of Address and Voluntary Dismissal of Defendants Dana McGowan, Sherry Derrick, Marsha Nichols, and Dr. Stephen Schwartz" (doc. 62) is **GRANTED** and plaintiff's claims are **DISMISSED WITH PREJUDICE**.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of November, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**